UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        -against-

Imad Salman (2)

                Defendant

- - - - - - - - - - - - - - - - - - X

**ORDER**
03-cr-01189-SJ

JOHNSON, D.J.

    Upon the Court's own motion.

    IT IS HEREBY ORDERED and ADJUDGED that pleading Calendar and the Information is unsealed in order for the Clerk of Court to enter those documents on the Courts docket.

Dated:   Brooklyn, New York
         July 29, 2005

                              s/SJ

                              **STERLING JOHNSON, JR., U.S.D.J.**